UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6479

JOHN MARK SHELL,

Plaintiff - Appellant,

versus

GREENWOOD COUNTY DETENTION CENTER; DAN
WIDEMAN, Sheriff; MAJOR ANDERSON; CAPTAIN
MILLATON; NURSE HUDSON, Head Nurse, Greenwood
Detention Center,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District Judge.
(8:06-cv-00905)

Submitted:  May 31, 2007          Decided:  June 8, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Mark Shell, Appellant Pro Se.  William Henry Davidson, II,
Robert David Garfield, DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Mark Shell appeals the district court's order adopting the report and recommendation of the magistrate judge and granting summary judgment in favor of defendants on Shell's 28 U.S.C. § 1983 (2000) claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shell v. Greenwood County Det. Ctr., No. 8:06-cv-00905 (D.S.C. filed Feb. 12, 2007; entered Feb. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED